Pappas Pie & Baking Company, appellee, v. Alton & Eastern Railroad Company, appellant.

Opinion filed June 5, 1929.
H. J. Bandy, for appellant. E. H. Schwarzenbach, Josiah Whitnel and H. L. Browning, for appellee.
Mr. Justice Wolfe delivered the opinion of the court.

Edmund F. Wies, appellant, v. John Alvin O'Horow et al., appellees.

Opinion filed June 20, 1929.
W. E. Knowles, for appellant. H. Grady Vien, for appellees.
Mr. Justice Wolfe delivered the opinion of the court.